# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHUGUANG YE,<br><br>Defendant. | PO 21-05257-GF-JTJ<br><br>VIOLATION:<br>9711960<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is amended by interlineation to indicate the defendant is charged with and has plead guilty to Leaving a Pet Unattended in violation of 36 CFR § 2.15(a)(3).

**IT IS ALSO ORDERED** that the defendant shall pay the complete fine of $280 ($250 fine and $30 processing fee), on or before June 30, 2022. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that the initial appearance in the above captioned matter, currently scheduled for December 9, 2021, is **VACATED**.

DATED this 2nd day of December, 2021.

_____
John Johnston
United States Magistrate Judge